UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:25-cv-02235-MWC-SSC                          Date: December 2, 2025

Title      Javier Gutierrez v. Department of Homeland Security

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Petition Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

   On August 25, 2025, *pro se* Petitioner Javier Gutierrez filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (ECF 1.)  On September 9, 2025, the Court ordered Respondent to file an answer to the petition or a motion to dismiss.  (ECF 5.)  On November 5, 2025, Respondent filed a motion to dismiss the petition.  (ECF 8.)  Petitioner was required to file an opposition or non-opposition to the motion to dismiss no later than November 24, 2025.  (ECF 5 at 3.)  The deadline to file Petitioner's opposition or non-opposition has passed and the Court has not received any filing from Petitioner.

   Accordingly, Petitioner is ORDERED TO SHOW CAUSE, in writing, by **December 16, 2025**, why this action should not be

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   5:25-cv-02235-MWC-SSC                    Date: December 2, 2025

Title      Javier Gutierrez v. Department of Homeland Security

dismissed for failure to prosecute and/or comply with a court order. In the event that Petitioner wishes to voluntarily dismiss this action, Petitioner may complete and return the enclosed Notice of Dismissal form, CV-09, by **December 16, 2025**.

If Petitioner files an opposition or non-opposition to the motion to dismiss by **December 16, 2025**, this order to show cause will be automatically discharged, and Petitioner need not respond to it separately.

**Petitioner is cautioned that failure to file timely a response to this order to show cause, or an opposition or non-opposition to the motion to dismiss, will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | **ts** |