UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER GUTIERREZ,<br><br>                              Petitioner,<br><br>        v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>                              Respondent. | Case No. 5:25-cv-02235-MWC-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed the petition, all of the records herein, and the Report and Recommendation of United States Magistrate Judge to which no objections were filed.  The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action without prejudice.

DATED:  January 20, 2026

_____
HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE