UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER GUTIERREZ, | Case No. 5:25-cv-02235-MWC-SSC |
| Petitioner, | |
| v. | **JUDGMENT** |
| DEPARTMENT OF HOMELAND SECURITY, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

DATED: January 20, 2026

_____
HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE